UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-6970 PA (MARx)<br>CV 26-7667 PA (MARx)<br>CV 26-9915 PA (Ex) | Date | September 30, 2026 |
|---|---|---|---|
| Title | Robert Gavin v. Barry Caren, et al.<br>Robert Gavin v. Michelle Caren, et al.<br>Robert Gavin v. David Caren, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **IN CHAMBERS – ORDER TO SHOW CAUSE**

Before the Court is a Request for Judicial Notice of a Los Angeles Superior Court Judgment filed in cases CV 26-CV 26-6970 PA (MARx) (Docket No. 38) and CV 26-7667 PA (MARx) (Docket No. 24). The Stipulated Judgment that is the subject of the request for judicial notice was entered by Los Angeles Superior Court Judge David Friedman on September 17, 2026 in the matter entitled In the matter of Petitioner Michelle Gavin and Respondent Robert Gavin, Case No. 25STFL0020, and was signed by plaintiff Robert Gavin ("Plaintiff") on September 16, 2026. In the Stipulated Judgment, Plaintiff agreed to dismiss with prejudice "any and all lawsuits, actions, appeals, cross-complaints, counterclaims, and proceedings of any kind . . . including but not limited to all pending actions in Los Angeles Superior Court, the Nevada District Court, and any federal court" that had been filed by Plaintiff, within five days of the signing of the Stipulated Judgment. This time period having passed, the Court orders Plaintiff to show cause in writing why the three actions pending before it should not be dismissed with prejudice according to the terms of the Stipulated Judgment. Plaintiff's response to this Order to Show Cause shall be filed by no later than October 9, 2026.

The Court finds this matter is suitable for resolution without oral argument, and deems the matter submitted as of October 9, 2026. The filing of dismissals with prejudice shall be deemed a sufficient response. Failure to respond to this Order to Show Cause may result in the imposition of sanctions, including monetary sanctions and dismissal of these matters with prejudice.

IT IS SO ORDERED.