JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GAVIN,<br>Plaintiff,<br>v.<br>MICHELLE CAREN, et al.<br>Defendants. | CV 26-7667 PA (MARx)<br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's October 14, 2026 Minute Order dismissing this action pursuant to the terms of the Stipulated Judgment in Los Angeles Superior Court case number 25STFL0020 and for lack of prosecution,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: October 14, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE